IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| AEGIS DEFENSE SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED SYSTEMS<br>IMPROVEMENT SERVICES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-cv-00320<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

THIS MATTER comes before the Court on Defendant's Objections to Magistrate Judge's Findings of Fact and Recommendations of January 19, 2016.

Based on de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Report and Recommendation of January 19, 2016, is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that Defendant's objections are DENIED. It is further

ORDERED that judgment is entered in favor of Plaintiff Aegis Defense Services, LLC, and against Integrated Systems Improvement Services, Inc., in the amount of $584,013.60, with

post-judgment interest at the rate prescribed by 28 U.S.C. § 1961. It is further

ORDERED that Plaintiff is awarded costs pursuant to 28 U.S.C. § 1920, and is awarded no attorney's fees.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April _1_, 2016